```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

CRIMINAL NO. 08-50026-002        USA v. ANTONIO ALVARADO

COURT PERSONNEL:                 APPEARANCES:

Judge: JIMM LARRY HENDREN        Govt. KENNY ELSER

Clerk: GAIL GARNER               Deft. TIM SNIVELY

Reporter: THERESA SAWYER         Interpreter: ANNE YANCEY

## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted and 3 level departure granted.
- (X) Court expresses final approval of plea agreement.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    51 months imprisonment; 3 years supervised release; $10,000.00 fine - interest waived

Criminal No. 08-50026-002

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant denied federal benefits for 5 years.
- (X) Defendant ordered to pay total special assessment of $100.00, for count 1, which shall be due immediately.
- (X) On motion of government count 2 of indictment is dismissed.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Appeal packet provided.
- (X) Defendant remanded to custody of U.S. Marshal.

DATE: JANUARY 23, 2009          Proceeding began: 11:01 am

                                          ended: 11:37 am